United States Courts
Southern District of Texas
FILED

AUG 13 2026

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Case No. ______________________
(to be filled in by the Clerk's Office)

Barbara Elisabeth Smith Rodriguez
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)* [X] Yes [ ] No

Club Demonstration Services / Advantage Solutions
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

3936 Richmond Houston 77027
7676 Forsyth Blvd. attn Diane Tenth
St. Louis Mo 63105

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Barbara Elisabeth Smith Rodriguez |
| Street Address | 4100 Greenbriar #344 Houston Tx 77098 |
| City and County | Houston Tx. 77098, Harris |
| State and Zip Code | Texas 77098 |
| Telephone Number | 979-215-2224 |
| E-mail Address | Libba1961@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Rebecca Davis |
| Job or Title *(if known)* | Event Manager |
| Street Address | 3836 Richmond |
| City and County | Houston Tx. Harris |
| State and Zip Code | Texas 77027 |
| Telephone Number | 832-325-5887 832-248-5722 |
| E-mail Address *(if known)* | rebecca@club,demo,com at time Violation ADA with messages |

Defendant No. 2

| | |
|---|---|
| Name | Michael Conklin at time unburned to me. |
| Job or Title *(if known)* | DM. |
| Street Address | |
| City and County | Harris Houston. |
| State and Zip Code | |
| Telephone Number | Not posted / to avoid |
| E-mail Address *(if known)* | will provide when obtain employees in 2022 at least |

Statements in Post Assist Device And Spraying Chemical Aug 2 Rebecca Event

Defendant No. 3

| | |
|---|---|
| Name | Jason Perez. |
| Job or Title *(if known)* | Event Manager and interim in Apr-May 2026 |
| Street Address | 1150 Burke Hill Houston Texas. |
| City and County | Houston Harris |
| State and Zip Code | TEXAS 77055. |
| Telephone Number | 713-576-2053. |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Lyn Evelyn Jiminez |
| Job or Title *(if known)* | Manager? |
| Street Address | 3836 Richmond |
| City and County | Harris County, Houston |
| State and Zip Code | Tx 77027 |
| Telephone Number | 832-325-5887 |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | Carol Grisso |
| Job or Title *(if known)* | Manager. mgind reported to Dec 7 |
| Street Address | 3336 Richmond |
| City and County | Houston Harris |
| State and Zip Code | Texas 77027 |
| Telephone Number | 8323255887 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Ron Centeno- Good Guy |
| Job or Title *(if known)* | Manager - Witness to Remarks from Commodore Mary Jerry Perez And demercils |
| Street Address | 3336 |
| City and County | Houston, Harris |
| State and Zip Code | |
| Telephone Number | 832-325-5887 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title I
Title V of ADA 28 USC 1331 42 USC Chapter 21 of the Texas Labor Code
Retaliation on Aug 2 By management
Misrep to a Displin Person Spraying of clean.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

Employ Saying and the employ management Called the advPermant Assoc also Known Branding in 2017.

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Barbara Elisabeth Smith Rodriguez, is a citizen of the State of *(name)* Texas Harris USA.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ____________, is incorporated under the laws of the State of *(name)* ____________, and has its principal place of business in the State of *(name)* ____________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Corporation, Club demonstration Services / Advantage Solutions, is a citizen of the State of *(name)* ____________. Or is a citizen of *(foreign nation)* Texas, Harris USA.
and St Louis Mo. USA.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 6, 2026

Signature of Plaintiff: Barbara Elizabeth Smith Rodriguez

Printed Name of Plaintiff: Barbara Elizabeth Smith Rodriguez

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______

EEOC No. 460-2026-02587 | FEPA No.

# AMENDED CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

---

**CHARGE PRESENTED TO:**

EEOC
Texas Workforce Commission Civil Rights Division

**AGENCY CHARGE NO.**

460-2026-02587

---

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Barbara Smith Rodriguez

Phone No.: (979) 215-2224

Year of Birth: 1961

Mailing Address: 4100 Greenbriar #344
Houston, TX 77098

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Club Demonstration Service

No. Employees, Members: 15 - 100 Employees

Phone No.: 3836

Mailing Address: ~~3330~~ Richmond

Houston, TX ~~77030~~, UNITED STATES OF AMERICA 77027

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

Note name as Elisabeth go by middle Reported as such and adress. 3836 Richmond

---

DISCRIMINATION BASED ON:

Disability

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 12/07/2025

Latest: 12/07/2025

Continuing Action

---

THE PARTICULARS ARE:

Clarify on part. Page (1) 1. EEOC form 5-

I am an individual with a qualified disability. The above-named employer hired me on or about June 2, 2021, as a Sales Demonstrator Ambassador. My performance has been satisfactory, and I have received no disciplinary actions. I have been harassed by various employees and management officials on multiple occasions because of my disability. In 2021, I submitted a reasonable accommodation request from my physician to the Respondent, asking that a chair be made available for me during my shift due to my disability. The most recent incident occurred on or about December 7, 2025. When I reported to work, my chairwhich I require to set up my station due to my disabilitywas missing. I searched for the chair and, when I asked Doloris (last name unknown), a temporary employee, if she had seen it, she laughed and then returned it to me. I filed an incident report with Ms. Carol Davis (Manager), informing her that my chair had been removed, which made it difficult for me to set up and made me fear I would fall. Since my direct supervisor, Ms. Rebecca Davis (Event Coordinator), was not working at the location that day, I called her but was unable to reach her, so I informed her the next day. She told me that she is responsible for handling incident reports. Ms. Davis subsequently held a meeting with staff and instructed them,

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

To COS,

Barbara Elisabeth Smith Rodriguez

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date: 01/12/2026

Signature of Notary

Printed Name Ashishkumar Patel

ASHISHKUMAR PATEL
NOTARY PUBLIC
STATE OF TEXAS
ID 13149268-7
EXP. 03-16-2026

# Amended Charge of Discrimination

Form 5 (06/24)
This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

**Charge Presented To:**
EEOC
Texas Workforce Commission Civil Rights Division

**Agency Charge No.**
460-2026-02587

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Barbara Smith Rodriguez

Phone No.: (979) 215-2224
Year of Birth: 1961
Mailing Address: 4100 Greenbriar #344
Houston, TX 77098

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Club Demonstration Service
No. Employees, Members: 15 - 100 Employees
Phone No.:
Mailing Address: 3330 Richmond
Houston, TX 77030, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

Discrimination Based On:

Disability, Retaliation

Date(s) Discrimination Took Place

Earliest: 12/07/2025
Latest: 06/02/2026
Continuing Action

The Particulars are:

I am an individual with a qualified disability. The above-named employer hired me on or about June 2, 2021, as a Sales Demonstrator Ambassador. My performance has been satisfactory, and I have received no disciplinary actions. I have been harassed by various employees and management officials on multiple occasions because of my disability. In 2021, I submitted a reasonable accommodation request from my physician to the Respondent, asking that a chair be made available for me during my shift due to my disability. The most recent incident occurred on or about December 7, 2025. When I reported to work, my chairwhich I require to set up my station due to my disabilitywas missing. I searched for the chair and, when I asked Doloris (last name unknown), a temporary employee, if she had seen it, she laughed and then returned it to me. I filedtied an incident report with Ms. Carol Davis (Manager), informing her that my chair had been removed, which made it difficult for me to set up and made me fear I would fall. Since my direct supervisor, Ms. Rebecca Davis (Event Coordinator), was not working at the location that day, I called her but was unable to reach her, so I informed her the next day. She told me that she is responsible for handling incident reports. Ms. Davis subsequently held a meeting with staff and instructed them, "You are not to remove the disabled person's chair." After reporting this mistreatment to my management team, my work schedule was reduced from four days per week to two, and I have not received any assignments since. I

believe this is a retaliatory response to my complaint.

On or about December 7, 2025, I also reported the discrimination to the Respondent's third party, who forwarded it to Ms. Whitny (last name unknown), Human Resources Representative. I am currently waiting for Ms. Whitny to contact me. Further, in or around May 2026, the Respondent's Human Resources representative, Victor (last name unknown), allegedly retaliated against her by discussing the case with other employees, despite her request that the matter remain confidential.

I believe I have been discriminated against because of my disability, in violation of the ADA Amendments Act of 1990, as amended, and in retaliation for complaining about a federally protected activity, in violation of the ADA and Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.
I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Barbara Elisabeth Smith Rodriguez
Notarized Signature of Charging Party

Subscribed and sworn to before me this date: 08/05/2026

Signature of Notary

Printed Name Ashishkumar Patel

ASHISHKUMAR PATEL
NOTARY PUBLIC
STATE OF TEXAS
ID 131492687
EXPIRES 03-16-2030

CP Enclosure with EEOC Form 5 (06/24)

## Privacy Act Statement

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

- **Form Number/Title/Date.** EEOC Form 5, Charge of Discrimination (06/24).
- **Authority.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.
- **Principal Purposes.** The purposes of a charge, taken on this form or otherwise reduced

**EEOC form 5 from (6-24) regarding case 460202602587 | FEPA No.**

## Clarification of Particulars

1.) After shift report, management that day (as we are not allowed to carry our accommodation chairs on our carts at Costco and I follow this procedure and policy regularly.) At direction of management, CDS management directed another employee permission to assist for safety and liability reasons. So at end of morning meeting ask management I verbally asked management, Carol G., management directed Durwood Patterson to carry chair to location C-6. He did and reported back to me that it was placed there, as I use this to setup and management is aware, and I use this practicing body mechanics and safety with my condition that they are aware of my Multiple Sclerosis and stroke.

When going to the cooler, at direction of management, and returning to C-6 where my reasonable accommodation chair was placed, it was gone. Then I went two aisles down holding on the to the boxes with my cane (which I had upon interview in 2021) looking for my chair and balancing and avoiding a traffic risk of being knocked over in Costco on a Saturday, A safety hazard for myself. I asked Delores, a temporary worker, that I worked with prior and who was very aware of my disability since 2021. So, I did inform her that removing my chair was dangerous. Then she turned back to the front of the store and walk to the front, and 10 minutes later she returned with my chair. She then said " You know I care for you and I would never do that to you." She was placating me. I told her this was akin to removing someone's assist device, and that she was quiet aware of my disability, and she failed to answer me just laughing at me, I then told her that I was going to file an incident report with management. She then said "Lets go now and talk to Rebecca." But the facts are that Rebecca was not even there that day. Carol G. was managing that day. I continued to work now that I had my reasonable accommodation I went back to work.

At my 15 minute break, I went to the office to seek management and report. Carol, that day's manager, was out on the floor performing her duties. At one o'clock, I reported as Carol came around to heck for product (remember I dont walk independently and management has informed us to never leave our carts.) I informed her what Delores has done and Carol Said Im not sure Rebecca can do much about it. She informed me that I should contact Rebecca and report it. I said "Will she file an incident report?" When we came back to the office at end of shift, I informed Durwood Patterson. After shift I waited for Carol for a moment of privacy, at that time she was in a phone conversation with Rebecca and I put a Post- It on her desk saying I will call regarding Delores removal of my chair and I left a detailed professional message about

the discrimination that day with Rebecca on the CDS office voicemail machine that night. The next morning, while getting ready for work with intention of reporting it again, my scheduled shift was cancelling. I tried to call back at the office after Rebecca's personal cancellation message from her personal phone. I then went in for a late shift on Wednesday and performed my duties. At the end of my shift in the office, I said may I speak with you to Rebecca. She said Yes, but I am in a hurry you , have to hurry up. I said this is about Delores the other day and I sent you and email and she said Yes I received it but I could not read it. Then she said Why are you just now reporting it. I replied " I told Carol at one oclock on the Dec 7th, I left a voicemail message and a Post-it note on Monday Dec.8, I called and Left another voicemail message on Tuesday Dec. 9. At no time did she document any of this, and said I left her those voicemails on the Club Demonstration Services (CDS) office business telephone voicemail answering machine. In the office after we spoke she said Yes I have had problems with Delores as well. I stated I never have had problems with Delores, I worked with her all during Covid and I never had any problems with her. As we walked out, Rebecca was in a hurry and was packing up her things and moved into the hall, and she stated to me, "You are not the one to file incident reports… I file the incident reports." And she said you do not contact anybody about this incident, and if you contact that lady at the temp. agency you better be READY. I will take care of this. Then she said I will make an announcement abut this. I felt very objectified by this as a disabled person and I felt this was a further way to breed toxicity in the work environment. At that point I felt intimidated, shamed that she would objectify me like that in front of all the employees in an announcement. Rebecca was well aware that all of these violations were prohibited under the ADA laws and instead of filing an incident report I felt that we were at an impasse because of her objectifying me and shaming me. Clearly, she did not want to file an incident report and since it had been communicated to her many different ways in the recent past.

For EEOC purposes:
On page 2 of the EEOC form 5 from (6-24) regarding case 460202602587 | FEPA No. The afore mentioned events on Dec. 8 was the conversation with Rebecca Davis who chose not to file an incident report at that time. And she subsequently cancelled scheduled shifts and tried to discuss this incent in the sales floor.
NOTE: There was no direct quote stating: "You are not to remove the disabled person's chair." ~~to~~ in hall I asked as I had number, former employ the agency Delores was) who, had worked after the 3 message to Reb note, voice, email) she take after reported to HR came to me on from Ms Whitney said don't tell about - R stated, " I am just going to tell HR

I couldnt read your writing, she know she
and Ms. these employed

laurie Delnis contined to harass.

The annoymous when convo on Dec 9. after
note. and message. - ~~SL~~ Davis on
9 after knowing I had sent note I asked
Estalle - to file incident, ~~she~~ I said
would call. she was threating saying
you dont file incident Reports
I do. again after HR stated on floor.

I am going to tell them [she knows I have some
writing and once told me embarrased. She
has made me after starting fall saying no basket
she is aware Mickel Knocklin now. DM made
Statement about care [permanant assigned device
and. after former DM

b. If the defendant is a corporation

The defendant, *(name)* Club Corporation/Advisory Solutions is incorporated under the laws of the State of *(name)* Texas Harris, and has its principal place of business in the State of *(name)* ______. Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* Texas USA Based St Louis Mo

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

First Disparaging Comment in 2022 or so from standing behind observation Then DM Michael Knoellin (Now GM) Regarding my permanent assist device, with Then manager Andeo Fallon (Owned [illegible] with store 2017 and [illegible]) for regarding How [illegible] its to pons and [illegible] sterility ② Second in Report said "Rebecca Davis, [illegible] those of you with neuromuscular Autoimmune, I asked "Who writes this" well I guess attorneys, I had [illegible] issues Because Right Hand" Post CVA Son typed Briefly regarding disparaging comments. I asked—

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The first statement from Michael Conklin regarding my permanent assist device in approx 2022 while standing behind whispering and [illegible] the environment "not part of singling out" in front of team members / Those of you with neuromuscular autoimmune and having a letter typed. as [illegible] and [illegible] from documented [illegible], the disparities created. The stalling after [illegible] up reasonable accommodation by Crystal not given the same opportunities as initially [illegible], By [illegible] the [illegible] or Crystal and other management of [illegible] economic [illegible] and physical neurological was somehow confused resolution

when metric verifing, the record of a permanent disability on file when. Reported to Craig Truman as stated (unable to forward when Rebecca Davis made statement in 2023 or so in Andrews absense (Those of you want re... outcomme. Taken off Brekey, cooking, no where stating after. Disparaging Remark statdep behind me with magement as G.M. regarding my permant assist device stroke pons prior to employ, and a few weeks late (the statement) announcement having a letter written and stating "I cant send out emails) Crystal stating we are going to have to change accomodations after yealing up. clear. HR wanting to insinuate with a record of premant Disability on file (called three weeks late) the will medical submitte with proof on file) I needed to get) the use of bedded for assebily to product for suggestsell R Davis telling me after first day a manager chastizing "you embarassed" me. and I could not have basket. I am burden with prman assist I have had since hire will permanent disabily on file, in Dec. telling 8 mangment and others how a employee I had worked prior create a safety issue and, (on third aday after 3 ... and a note that if a better watch out. and used wasnt ... no incident report filed, this manager the a suggestive saying no basket for provision and safety (5 years in July same way) I report internally after saying I embarassed) 17 cancelled shift and (submission yet a few of changing crutial sales, Retaliation in May 2026 manuely being wiped out computer Jay Perez. and Spoilation of Evidence schedule, notify repeat with Neurologist in going my all schedule, asking Waive signed when stating so all with accodation no mats the old were slippage (left leg. were stroke side prior to hire in 2021 will provide and ms. myeltenia on file Explaining need in writing is non donnal leaded, even having to pay someone to type Jayne Parz or used when reporting, asking Rebecca stating "Victor" at this point dont believe factual with R Davis making statements like I am just going

**Cc:** Addres Corp

Diane Tarr
SAS RETAIL SERVICES LLC
7676 FORSYTH BOULEVARD, 5TH FLOOR Floor 5
Saint Louis, MO 63105

NA NA
3330 Richmond
Houston, TX 77030

Please retain this Notice for your records.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

BarbarElisabeth Smith Rodriguez.

**(b)** County of Residence of First Listed Plaintiff: Harris
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

Club Demonstration Services Advantage Solutions

County of Residence of First Listed Defendant: Harris
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*: Cnd. corp. St Louis Mo. CC: Diane Kerr Forsyth 5th Floor SAS Retail 77076 St. Louis Mo. 63105

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☑ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***: Title V Sec 503 (Title I) Discrimination, Retaliation, Harassment, [illegible]

Brief description of cause: Discrimination of ADA Agency Charge 460-2026-025387

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ____________ DOCKET NUMBER ____________

DATE SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______