Opposition of Motion to Dismiss 4:26-CV-06652

Plantiff respectfully submits opposition as after a reported retaliatory event, all month escalating with managerial aggresion (Reported to management and others on 23rd. and reporting to my Dr, even prior Dec 2025, ~~with~~ ADA violations. the times to manager via verbal, text, meetings managements. ~~Host~~ yanking of metro cart. after placing reasonable accomdation and working two hours. (had reported her not providing on 12th I had reported. Safety issues, related to management and retaliatory events. of management, was involved in as qualified ADA protected citizen in Top Inn employess. and Did report, The Temporal Proximity after Sept 23. and managements full knowledge. of Retaliatory events. and the Reporting that evening - also on 27. no issues Reporting as scheduled the awareness of other managers on Sept 27, ~~of~~ and reporting on Sept. 23, Sept 24. to via Email and text. All are aware stroke in 2017., priot to employ and non Dominant Handed and I prefaced this (also medical on file) and one week after a reported Retailory Event from management. of yanking of metro cart. so hard when stated after working 2+ three hours and reporting of retaliatory events. with a offer and ADA. the unaltered. statement of Ms Davis. of no longer able to use my perment. assist device safely. at Top Inn present. ~~I did inform her~~ ass I had done 5 years. She also had in Dec 2025 after reporting 3 times had threatend at Door. (If you report to temp lady you better ~~Be~~ Be Ready!', Report To Exec management

SW

United States Courts
Southern District of Texas
FILED

NOV 02 2026

Nathan Ochsner, Clerk of Court